X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd.
La Jolla, CA  92037
Telephone:  858-454-4313
Facsimile:  858-454-4314
jon@x-patents.com

Attorneys for Plaintiff
Hothand, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTHAND, INC., | Case No. 13-cv-01928 DMS (DHB) |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| YP HOLDINGS, LLC, | |
| Defendant. | |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hothand, Inc. ("Hothand")
hereby dismisses this case without prejudice.

Dated:  August 27, 2013          X-PATENTS, APC


                    By:    /s/Jonathan Hangartner
                                JONATHAN HANGARTNER

                    Attorneys for Plaintiff Hothand, Inc.

1

1

## **CERTIFICATE OF SERVICE**

2

3

4

        The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 27, 2013 to all counsel who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery

5

6

                        s/ Jonathan Hangartner
                        Jonathan Hangartner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

.